IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

SAI,

Petitioner,

v.

DAVID P. PEKOSKE, in his official capacity as
Administrator of the Transportation Security
Administration,

Respondent.

No. 15-2356

## RESPONDENT'S MOTION FOR A STAY OF THE ENTIRE CASE IN LIGHT OF LAPSE OF APPROPRIATIONS

The government respectfully moves for a stay of the entire case in the above-captioned matter.

1.      At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed.  The same is true for several other Executive agencies.  The Department does not know when funding will be restored by Congress.

2.      Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.

3.      Undersigned counsel for the Department of Justice therefore requests a stay of the entire case until Congress has restored appropriations to the Department. The government further requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

Therefore, although we greatly regret any disruption caused to the Court and to petitioner, the government hereby moves for a stay of the entire case until Department of Justice attorneys are permitted to resume their usual civil-litigation functions.

Respectfully submitted,

SHARON SWINGLE

/s/ *Michael Shih*

MICHAEL SHIH
(202) 353-6880
    Attorneys, Appellate Staff
    Civil Division
    U.S. Department of Justice
    950 Pennsylvania Ave., N.W.
    Room 7268
    Washington, D.C. 20530

DECEMBER 2018

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 191 words.

/s/ *Michael Shih*

MICHAEL SHIH

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2018, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system.  I further certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *Michael Shih*
MICHAEL SHIH