# United States Court of Appeals
## For the First Circuit

No. 15-2356

SAI,

Petitioner,

v.

DAVID P. PEKOSKE, in his official capacity as Administrator of the Transportation Security Administration,

Respondent.

### ORDER OF COURT

Entered: January 24, 2019

Respondent's Motion for a Stay of the Entire Case in Light of Lapse of Appropriations "until Department of Justice attorneys . . . resume their usual civil litigation functions" is **granted**. The government shall notify this court forthwith when those functions are resumed. In light of the foregoing, petitioner's "Motion for stay in light of lapse in appropriations" is moot.

**So ordered**.

By the Court:

Maria R. Hamilton, Clerk

cc: Sai
Sharon Swingle
Michael Shih